IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DELANO NORMAN, | ) | |
| | ) | 8:02CV344 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| CHRIS SWEANEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 10th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE